```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 08-80162-CIV-ZLOCH
```

TOWBOAT ONE, INC.,

     Plaintiff

vs.

M/V WATERDOG, Official No.
922760, her engines, tackle,
appliances, appurtenances,
furniture, gear and all other
necessaries thereto and
belonging, <u>in</u> <u>rem</u>, et al.,

     Defendants.
_____/

### <u>NOTICE OF CONSTITUTIONAL CHALLENGE TO 46 U.S.C. § 80102</u>

THIS MATTER is before the Court upon Plaintiff Towboat One, Inc.'s Amended Motion To Strike Certain Affirmative Defenses (DE 17). In said Motion, Plaintiff raised the issue of whether the investment of authority in the United States District Courts of Florida to issue licenses for salvaging off the coast of Florida, pursuant to 46 U.S.C. § 80102 (2006), is a constitutionally permissible exercise of their judicial powers. <u>See</u> DE 17, pp. 3-4.

In an unrelated case, this Court previously considered the constitutionality of 46 U.S.C. § 80102. <u>See</u> <u>In re Beck</u>, 526 F. Supp. 2d 1291 (S.D. Fla. 2007). The Court therein sua sponte issued a constitutional challenge to the statute. In response, the United States declined to defend the constitutionality of § 80102. <u>See</u> Letter of Principal Deputy Assistant Attorney General Brian A. Benczkowski to Senator Patrick J. Leahy, Case No. 07-80534-CIV-

ZLOCH of the Southern District of Florida, DE 37 (notifying the Senate Judiciary Committee of the United States Solicitor General's decision not to defend the constitutionality of § 80102). However, due to the procedural posture therein, the Court was precluded from reaching the merits of the constitutional question. In re Beck, 526 F. Supp. 2d at 1304-05.

The instant Motion (DE 17) again brings the constitutionality of § 80102 before the Court. Because the statute has not previously been ruled unconstitutional, the Court is bound to apply the same insofar as it is constitutional. Therefore, pursuant to Federal Rule of Civil Procedure 5.1 and 28 U.S.C. § 2403(a), the Court certifies to the United States Attorney General that the constitutionality of 46 U.S.C. § 80102 has been challenged. The United States shall notify the Court of its present intention to defend or again decline to defend the constitutionality of § 80102 on or before Friday, April 11, 2008.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   28th    day of March, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies Furnished:

See Attached Mailing List

TOWBOAT ONE, INC. VS. M/V WATERDOG, ET AL.
CASE NO. 08-80102-CIV-ZLOCH

Michael B. Mukasey, Esq.
United States Attorney General

R. Alexander Acosta, Esq.
United States Attorney for
the Southern District of Florida

All Counsel of Record